FILED: October 25, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2165
(5:12-cv-00071-FPS)
_____

VAUNIE K. BROWN, on behalf of herself and all others similarly situated

    Plaintiff - Appellant

v.

CHESAPEAKE APPALACHIA, LLC

    Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 11/19/2013

Opening brief due: 11/19/2013

Response brief due: 12/20/2013

Reply brief due: 01/06/2014

For the Court--By Direction

/s/ Patricia S. Connor, Clerk